EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      |                   |
|-----------------------------|-------------------|
|                             | 2021 TSPR 157     |
| Rebecca Martínez Jiménez    | 208 DPR _____   |
|                             |                   |

Número del Caso: TS-14,576

Fecha: 21 de diciembre de 2021

Abogada de la parte peticionaria:

    Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rebecca Martínez Jiménez                TS-14,576

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de diciembre de 2021.

Examinada la *Moción en solicitud de reinstalación al ejercicio de la abogacía* presentada el 8 de diciembre de 2021, se provee ha lugar. En consecuencia, se reinstala a la Sra. Rebecca Martínez Jiménez únicamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo